UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CR00203 JCH (AGF) |
| TORIBIO GADEA-SANCHEZ, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's motion to continue the evidentiary hearing [Doc. #20] and the government's motion to file a response to Defendant's pretrial motions out of time [Doc. #21]. For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion to continue the evidentiary hearing [Doc. #20] and the government's motion to file a response out of time [Doc. #21] are **GRANTED**.

**IT IS FURTHER ORDERED** that the government shall have until Tuesday, May 2, 2006 to file its response to Defendant's pretrial motions. The evidentiary hearing on pretrial motions shall be continued to **Tuesday, May 8, 2006, at 1:30 p.m.** Defendant is required to attend the hearing.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of April, 2006.